UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MELISSA COHEN,<br>Derivatively on Behalf of Nominal Defendant<br>CARDINAL HEALTH, INC.,<br><br>                Plaintiff,<br><br>v.<br><br>COLLEEN F. ARNOLD, et al.,<br><br>                Defendants,<br>and<br>CARDINAL HEALTH, INC.,<br>                Nominal Defendant. | Case No. 2:19-cv-2491<br><br>JUDGE SARAH D. MORRISON<br><br>Chief Magistrate Judge Elizabeth A. Preston Deavers |
| STANLEY M. MALONE,<br>Derivatively on Behalf of Nominal Defendant<br>CARDINAL HEALTH, INC.,<br><br>                Plaintiff,<br><br>v.<br><br>DAVID J. ANDERSON, et al.,<br><br>                Defendants,<br>and<br>CARDINAL HEALTH, INC.,<br>                Nominal Defendant. | Case No. 2:19-cv-5442<br><br>JUDGE SARAH D. MORRISON<br><br>Chief Magistrate Judge Elizabeth A. Preston Deavers |

| MICHAEL SPLAINE,<br>Derivatively on Behalf of Nominal Defendant<br>CARDINAL HEALTH, INC.,<br><br>Plaintiff,<br>v.<br>DAVID J. ANDERSON, et al.,<br><br>Defendants,<br>and<br>CARDINAL HEALTH, INC.,<br><br>Nominal Defendant. | Case No. 2:20-cv-203<br>JUDGE EDMUND A. SARGUS, JR.<br>Magistrate Judge Chelsey M. Vascura |
|---|---|

## ORDER GRANTING UNOPPOSED MOTION TO CONSOLIDATE ACTIONS AND SET BRIEFING SCHEDULE ON PLAINTIFFS' <u>CROSS-MOTIONS TO APPOINT A LEADERSHIP STRUCTURE</u>

This matter is before the Court for consideration of Unopposed Motion to Consolidate the above-captioned Actions and Set a Briefing Schedule for Plaintiffs' Cross-Motions to Appoint a Leadership Structure. The Court **GRANTS** the Parties' Unopposed Motion and Orders:

1. The Actions are hereby consolidated for all purposes into Case No. 2:19-cv-2491 (the "Consolidated Action").

2. The Consolidated Action shall bear the following caption: *In re Cardinal Health, Inc. Derivative Litigation*, Case No. 2:19-cv-2491.

3. Hereinafter, papers shall only be filed in Case No. 2:19-cv-2491.

4. All documents previously served or filed in any of the Actions consolidated herein are deemed part of the record in the Consolidated Action.

5. When a case that properly belongs as part of the Consolidated Action is hereafter filed in the Court or transferred here from another court, Counsel will ensure that counsel in any

such subsequent action receives notice of this Order.

6. The following deadlines are set for Plaintiffs' forthcoming cross-motions to appoint a leadership structure:

   a. Opening Briefs shall be filed within 10 days from entry of this Order;

   b. Response Briefs shall be filed within 28 days from filing of the Opening Briefs; and

   c. No reply briefs shall be permitted without leave of court.

7. Pending (a) the outcome of Plaintiffs' forthcoming cross-motions to appoint a leadership structure and (b) the subsequent filing of a consolidated complaint or designation of an operative complaint, defendants in these Actions shall have no obligation to answer or otherwise respond to any of the complaints filed in these Actions.

8. The Court's prior Order regarding a case schedule filed in *Cohen v. Arnold*, Case No. 2:19-cv-2491 (Order, ECF No. 29, at PageID # 1556) is **VACATED**.

**IT IS SO ORDERED.**

DATED: 1-27-2020

SARAH D. MORRISON
UNITED STATES DISTRICT JUDGE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE