IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

|  |  |
|---|---|
| IN RE CARDINAL HEALTH, INC. DERIVATIVE LITIGATION | Case No.: 2:19-cv-2491<br><br>Judge Sarah D. Morrison<br><br>Magistrate Judge Elizabeth A. Preston Deavers |

## JOINT STATUS REPORT

Plaintiffs Melissa Cohen, Stanley M. Malone, and Michael Splaine ("Plaintiffs") filed their Consolidated Verified Shareholder Derivative Complaint in the above-captioned matter on March 12, 2020 ("Complaint") (Order, ECF No. 35, PAGEID No. 1715-1800). The Complaint names as defendants David J. Anderson, Colleen F. Arnold, George S. Barrett, Carrie S. Cox, Calvin Darden, Bruce L. Downey, Patricia A. Hemingway Hall, Akhil Johri, Clayton M. Jones, Michael C. Kaufmann, Gregory B. Kenny, Nancy Killefer, David P. King, and J. Michael Losh (the "Individual Defendants") and as nominal defendant Cardinal Health, Inc. ("Cardinal Health," and, together with the Individual Defendants, "Defendants") (collectively, Plaintiffs and Defendants are "Parties").

The Parties have filed Joint Status Reports on March 21, 2022 and April 20, 2022. (ECF 95, PageID No. 3144; ECF 97, PageID No. 3150.) This Joint Status Report is to inform the Court of the progress the Parties have made.

Since the Parties' last Joint Status Report, the Parties have largely reached agreement on the content of the following five settlement documents: (1) Stipulation and Agreement of Compromise, Settlement, and Release (the "Stipulation"); (2) Notice of Proposed Settlement of Stockholder Derivative Action, Settlement Hearing, and Right to Appear; (3) Summary Notice of

Proposed Settlement of Stockholder Derivative Action, Settlement Hearing, and Right to Appear; (4) [Proposed] Order Preliminarily Approving Settlement and Authorizing Dissemination of Settlement Notice; and (5) [Proposed] Final Judgment and Order Approving Derivative Action Settlement.  The Parties are discussing the few remaining points with respect to these documents and expect to conclude those negotiations in the near future.

Accordingly, the Parties anticipate that Plaintiffs will be in a position to submit the settlement documents along with a motion for preliminary approval of the settlement within the next fourteen (14) days.  The Parties request that, if submissions seeking approval of a settlement have not been filed by May 25, 2022, then the Parties will file a Joint Status Report by that date.  Respectfully submitted,

DATED:  May 11, 2022

Of Counsel:

GARDY & NOTIS, LLP
Jennifer Sarnelli
James S. Notis
126 East 56th Street, 8th Floor
New York, NY 10022
(212) 905-0509 - Telephone
(212) 905-0508 - Facsimile
Email:  jnotis@gardylaw.com
Email:  jsarnelli@gardylaw.com

/s/ Richard S. Wayne by
by David S. Bloomfield, Jr. per email
authorization on May 11, 2022
Richard S. Wayne (0022390)
William K. Flynn (0029536)
Robert R. Sparks (0073573)
STRAUSS TROY CO., LPA
150 E. Fourth Street
Cincinnati, OH 45202-4018
(513) 621-2120 - Telephone
(513) 629-9426 - Facsimile
Email:  rswayne@strausstroy.com
Email:  wkflynn@strausstroy.com
Email:  rrsparks@strausstroy.com

*Attorneys for Plaintiffs*

| | |
|---|---|
| KESSLER TOPAZ MELTZER & CHECK, LLP<br>Lee D. Rudy<br>Eric L. Zagar (admitted pro hac vice)<br>Justin O. Reliford (admitted pro hac vice)<br>Alex B. Heller (admitted pro hac vice)<br>280 King of Prussia Road<br>Radnor, PA 19087<br>(610) 667-7706 - Telephone<br>(610) 667-7056 - Facsimile<br>Email: lrudy@ktmc.com<br>Email: ezagar@ktmc.com<br>Email: jreliford@ktmc.com<br>Email: aheller@ktmc.com<br><br>*Co-Lead Counsel for Plaintiffs* | /s/ Mark H. Troutman<br>by David S. Bloomfield, Jr. per email <u>authorization on May 11, 2022</u><br>GIBBS LAW GROUP LLP<br>Mark H. Troutman<br>Trial Attorney<br>Shawn K. Judge<br>505 14th Street, Suite 1110<br>Oakland, CA 94612<br>Email:  mht@classlawgroup.com<br>Email:  skj@classlawgroup.com<br><br>*Co-Liaison Counsel for Plaintiffs* |

| | |
|---|---|
| Of Counsel:<br><br>WACHTELL, LIPTON, ROSEN & KATZ<br>51 West 52nd Street<br>New York, NY  10019<br>(212) 403-1000 – Telephone<br>(212) 403-2000 – Facsimile | /s/ Robert W. Trafford by<br><u>David S. Bloomfield, Jr.</u><br>Robert W. Trafford (0024447)<br>Trial Attorney<br>David S. Bloomfield, Jr. (0068158)<br>Porter, Wright, Morris & Arthur LLP<br>41 South High Street, Suite 2800<br>Columbus, Ohio 43215<br>(614) 227-2000 - Telephone<br>(614) 227-2100 - Facsimile<br>Email:  rtrafford@porterwright.com<br>Email:  dbloomfield@porterwright.com<br><br>*Attorneys for Individual Defendants*<br><br>/s/ Albert G. Lin by David S. Bloomfield, Jr.<br><u>per email authorization on May 10, 2022</u><br>Albert G. Lin<br>Trischa Snyder Chapman<br>Marissa A. Peirsol<br>Erika Dackin Prouty<br>Baker & Hostetler LLP<br>200 Civic Center Drive, Suite 1200<br>Columbus, OH  43215<br>Email: alin@bakerlaw,com<br>Email:  tchapman@bakerlaw.com<br>Email:  mpeirsol@bakerlaw.com<br>Email:  eprouty@bakerlaw.com<br><br>*Attorneys for Nominal Defendant* |

## CERTIFICATE OF SERVICE

I certify that on this 11th day of May, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

Of Counsel:

GARDY & NOTIS, LLP
James S. Notis (admitted pro hac vice)
Jennifer Sarnelli (admitted pro hac vice)
126 East 56th Street, 8th Floor
New York, NY 10022
Email:  jnotis@gardylaw.com
Email:  jsarnelli@gardylaw.com

KESSLER TOPAZ MELTZER & CHECK, LLP
Lee D. Rudy
Eric L. Zagar (admitted pro hac vice)
Justin O. Reliford (admitted pro hac vice)
Alex B. Heller (admitted pro hac vice)
280 King of Prussia Road
Radnor, PA 19087
Email: lrudy@ktmc.com
Email: ezagar@ktmc.com
Email: jreliford@ktmc.com
Email: aheller@ktmc.com

*Co-Lead Counsel for Plaintiffs*

Richard S. Wayne
William K. Flynn
Robert R. Sparks
STRAUSS TROY CO., LPA
150 E. Fourth Street
Cincinnati, OH 45202-4018
Email:  rswayne@strausstroy.com
Email:  wkflynn@strausstroy.com
Email:  rrsparks@strausstroy.com

*Attorneys for Plaintiffs*

GIBBS LAW GROUP LLP
Mark H. Troutman
Trial Attorney
Shawn K. Judge
505 14th Street, Suite 1110
Oakland, CA 94612
Email:  mht@classlawgroup.com
Email:  skj@classlawgroup.com

*Co-Liaison Counsel for Plaintiffs*

Albert G. Lin
Trischa Snyder Chapman
Marissa A. Peirsol
Erika Dackin Prouty
Baker & Hostetler LLP
200 Civic Center Drive, Suite 1200
Columbus, OH  43215
Email:  alin@bakerlaw,com
Email:  tchapman@bakerlaw.com
Email:  mpeirsol@bakerlaw.com
Email:  eprouty@bakerlaw.com

*Attorneys for Nominal Defendant*

/s/ David S. Bloomfield, Jr.
David S. Bloomfield, Jr. (0068158)