# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE CARDINAL HEALTH, INC. DERIVATIVE LITIGATION | Case No. 2:19-cv-2491<br><br>Judge Sarah D. Morrison<br><br>Magistrate Judge Elizabeth A. Preston Deavers |

## NOTICE OF FILING DECLARATION OF PROOF OF COMPLIANCE WITH NOTICE PROVISIONS OF THE COURT'S PRELIMINARY APPROVAL ORDER

Plaintiffs Melissa Cohen, Stanley M. Malone, and Michael Splaine (collectively, "Plaintiffs") respectfully submit the attached Joint Declaration of Eric L. Zagar and Jennifer Sarnelli in Support of Plaintiffs' Motion For Final Approval of Derivative Settlement and Application For an Award of Attorneys' Fees and Expenses. *See* Paragraph 6(ii) of the Court's July 18, 2022 Order Preliminarily Approving Settlement and Authorizing Dissemination of Settlement Notice (the "Preliminary Approval Order") (ECF No. 101). As part of the program to notify stockholders of the proposed settlement of this derivative action, the Preliminary Approval Order required Plaintiffs' Co-Lead Counsel to post the Settlement Notice on their respective firm's websites. As set forth in the attached Declaration, the Settlement Notice was posted on each firm's website in compliance with this Court's Preliminary Approval Order.

| | |
|---|---|
| Dated: September 29, 2022 | Respectfully submitted, |

| | |
|---|---|
| **KESSLER TOPAZ MELTZER & CHECK, LLP**<br>Lee Rudy<br>Eric L. Zagar<br>280 King of Prussia Road<br>Radnor, PA 19087<br>Phone: (610) 667-7706<br>Fax: (610) 667-7056<br>Email: lrudy@ktmc.com<br>Email: ezagar@ktmc.com<br><br>*Plaintiffs' Co-Lead Counsel*<br><br>**GARDY & NOTIS, LLP**<br>James S. Notis<br>Jennifer Sarnelli<br>Meagan A. Farmer<br>126 East 56th Street, 8th Floor<br>New York, NY 10022<br>Phone: (212) 905-0509<br>Fax: (212) 905-0508<br>Email: jnotis@gardylaw.com<br>Email: jsarnelli@gardylaw.com<br>Email: mfarmer@gardylaw.com<br><br>*Plaintiffs' Co-Lead Counsel* | **GIBBS LAW GROUP LLP**<br><br>*/s/ Mark H. Troutman*<br>Mark H. Troutman (0076390)*<br>Trial Attorney<br>Shawn K. Judge (0069493)*<br>1111 Broadway, Suite 2100<br>Oakland, CA 94607<br>Phone: (510) 350-9700<br>Fax: (510) 350-9701<br>Email: mht@classlawgroup.com<br>Email: skj@classlawgroup.com<br>*working from and only licensed in Ohio<br><br>*Trial Attorney for Plaintiffs*<br><br>**STRAUSS TROY CO., LPA**<br>Richard S. Wayne (0022390)<br>William K. Flynn (0029536)<br>Robert R. Sparks (0073573)<br>150 E. Fourth Street<br>Cincinnati, OH 45202<br>Phone: (513) 621-2120<br>Fax: (513) 629-9426<br>Email: rswayne@strausstroy.com<br>Email: wkflynn@strausstroy.com<br>Email: rrsparks@strausstroy.com<br><br>*Liaison Counsel for Plaintiffs* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 29, 2022, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Mark H. Troutman*
Mark H. Troutman (0076390)
mht@classlawgroup.com
*Trial Attorney for Plaintiffs*