## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **IN RE CARDINAL HEALTH, INC. DERIVATIVE LITIGATION** | **Case No. 2:19-cv-2491** <br><br> Judge Sarah D. Morrison <br><br> Magistrate Judge Elizabeth A. Preston Deavers |

## NOTICE OF FILING OF
## <u>DECLARATION OF ALBERT G. LIN, ESQ.</u>

Notice is hereby given of the filing of the Declaration of Albert G. Lin, Esq., attached hereto as Exhibit 1, in accordance with Paragraphs 6 and 7 of the Court's July 18, 2022 Order Preliminarily Approving Settlement and Authorizing Dissemination of Settlement Notice (ECF No. 101; PageID # 3309-18).

Respectfully submitted,

September 29, 2022

<u>//s/ Albert G. Lin</u>
Albert G. Lin (0076888)
Trial Attorney
Trischa Snyder Chapman (0086420)
Marissa A. Peirsol (0098203)
Erika Dackin Prouty (0095821)
Baker & Hostetler LLP
200 Civic Center Drive, Suite 1200
Columbus, OH 43215
Tel: 1-61-462-4732
Fax: 1614-462-2616
Email: alin@bakerlaw,com
Email: tchapman@bakerlaw.com
Email: mpeirsol@bakerlaw.com
Email: eprouty@bakerlaw.com

*Attorneys for Nominal Defendant*
*Cardinal Health, Inc.*

## CERTIFICATE OF SERVICE

I certify that on this 29th day of September, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Of Counsel:

GARDY & NOTIS, LLP
James S. Notis (admitted pro hac vice)
Jennifer Sarnelli (admitted pro hac vice)
126 East 56th Street, 8th Floor
New York, NY 10022
Email:  jnotis@gardylaw.com
Email:  jsarnelli@gardylaw.com

Richard S. Wayne
William K. Flynn
Robert R. Sparks
STRAUSS TROY CO., LPA
150 E. Fourth Street
Cincinnati, OH 45202-4018
Email:  rswayne@strausstroy.com
Email:  wkflynn@strausstroy.com
Email:  rrsparks@strausstroy.com

*Attorneys for Plaintiffs*

KESSLER TOPAZ MELTZER &
CHECK, LLP
Eric L. Zagar (admitted pro hac vice)
Christopher M. Windover (admitted pro hac vice)
Alex B. Heller (admitted pro hac vice)
280 King of Prussia Road
Radnor, PA 19087
Email: ezagar@ktmc.com
Email: cwindover@ktmc.com
Email: aheller@ktmc.com

GIBBS LAW GROUP LLP
Mark H. Troutman
Shawn K. Judge
1111 Broadway, Suite 210
Oakland, CA 94607
Email:  mht@classlawgroup.com
Email:  skj@classlawgroup.com

*Co-Liaison Counsel for Plaintiffs*

*Co-Lead Counsel for Plaintiffs*

Of Counsel:

WACHTELL, LIPTON, ROSEN & KATZ
William Savitt (admitted pro hac vice)
Lauren M. Kofke (admitted pro hac vice)
Alexandra P. Sadinsky (admitted pro hac vice)
Elizabeth N. Brandt (admitted pro hac vice)
51 West 52nd Street
New York, NY  10019
Email: WDSavitt@wlrk.com
Email: LMKofke@wlrk.com
Email: APSadinsky@wlrk.com
Email: ENBrandt@wlrk.com

Robert W. Trafford (0024447)
Trial Attorney
David S. Bloomfield, Jr. (0068158)
Porter, Wright, Morris & Arthur LLP
41 South High Street, Suite 2800
Columbus, Ohio 43215
Email:  rtrafford@porterwright.com
Email:  dbloomfield@porterwright.com

*Attorneys for Defendants David J. Anderson, Colleen F. Arnold, George S. Barrett, Carrie S. Cox, Calvin Darden, Bruce L. Downey, Patricia A. Hemingway Hall, Akhil Johri, Clayton M. Jones, Michael C. Kaufmann, Gregory B. Kenny, Nancy Killefer, David P. King, and J. Michael Losh*

*/s/ Albert G. Lin*
Albert G. Lin (0076888)

*Attorneys for Nominal Defendant Cardinal Health, Inc.*