# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE CARDINAL HEALTH, INC. DERIVATIVE LITIGATION | Case No. 2:19-cv-2491<br><br>Judge Sarah D. Morrison<br><br>Magistrate Judge Elizabeth A. Preston Deavers |

### DECLARATION OF ALBERT G. LIN
### REGARDING PROVISION OF NOTICE

I, Albert G. Lin, make the following declaration pursuant to 28 U.S.C. § 1746:

1. I am an attorney at the law firm of Baker & Hostetler LLP, counsel to nominal defendant Cardinal Health, Inc. ("Cardinal Health"). I respectfully submit this declaration to advise the Court of the efforts that Cardinal Health undertook to give notice of the settlement of the above-captioned action in accordance with Paragraphs 6 and 7 of the Court's July 18, 2022 Order Preliminarily Approving Settlement and Authorizing Dissemination of Settlement Notice (the "Preliminary Approval Order") (ECF No. 101; PageID # 3309-18). I have personal knowledge of the actions undertaken by Cardinal Health to comply with Paragraphs 6 and 7 of the Preliminary Approval Order.

2. On July 22, 2022, Cardinal Health filed a Current Report on Form 8-K with the U.S. Securities and Exchange Commission, which furnished as an exhibit the Notice of Proposed Settlement of Stockholder Derivative Action, Settlement Hearing, and Right to Appear (the "Notice"). *See* Preliminary Approval Order ¶ 6(i)(a). A true and correct copy of that filing is attached as Exhibit A.

3. On or about July 22, 2022, Cardinal Health posted the Notice on the investor relations section of the Cardinal Health website, and on or about July 23, 2022, Cardinal Health

posted the Stipulation and Agreement of Compromise, Settlement, and Release (the "Stipulation") on the investor relations section of the Cardinal Health website. *See* Preliminary Approval Order ¶ 6(i)(b). To the best of my knowledge, links to those documents have remained on the site through today's date, and are planned to remain there through the Effective Date of the Settlement. A true and correct printout of the web page showing the links to the Settlement Notice and the Stipulation is attached as Exhibit B; *see also* https://ir.cardinalhealth.com/special-notices/default.aspx.

4. On July 22, 2022, Cardinal Health issued a press release that included a copy of the Summary Notice of Proposed Settlement of Stockholder Derivative Action, Settlement Hearing, and Right to Appear (the "Summary Notice") on PRNewswire. *See* Preliminary Approval Order ¶ 6(i)(c). A true and correct copy of the as-published Summary Notice distributed via PRNewswire is attached as Exhibit C.

5. On July 23, 2022, Cardinal Health caused a copy of the Summary Notice to be published in *The Wall Street Journal*. *See* Preliminary Approval Order ¶ 6(i)(d). A true and correct copy of the as-published Summary Notice, is attached as Exhibit D.

6. I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on September 29, 2022

                                           */s/ Albert G. Lin*
                                           Albert G. Lin (0076888)